UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:22-221 |
|---|---|---|
| | ) | 26 U.S.C. § 7201 |
| v. | ) | |
| | ) | |
| RICHARD BOGGS | ) | **INDICTMENT** |

THE GRAND JURY CHARGES:

## INTRODUCTION

At all times relevant to this Indictment:

1. Defendant **RICHARD BOGGS** resided in Richland County, South Carolina.

2. **RICHARD BOGGS** was employed as an Information Technology Consultant by various companies (identified herein as "Employers 1-7," collectively, the "Employers") either at his residence in Irmo, South Carolina or at jobsites in the Columbia, South Carolina area.

3. During each of the years 2015 through 2019, **RICHARD BOGGS** received wages from one or more Employers. Specifically, **RICHARD BOGGS** received wages in the following approximate amounts:

| YEAR | APPROXIMATE TOTAL WAGES |
|---|---|
| 2015 | $ 267,054 |
| 2016 | $ 299,665 |
| 2017 | $ 180,143 |
| 2018 | $ 158,407 |
| 2019 | $ 189,476 |

4.     **RICHARD BOGGS** failed to file individual income tax returns for the years 2015 through 2019 to report his wages and other income to the Internal Revenue Service ("IRS").

5.     An IRS Form W-4, Employee's Withholding Allowance Certificate or Employee's Withholding Certificate ("Form W-4"), was a form signed under penalty of perjury by a taxpayer to inform his employer of the amount of federal income tax to withhold from the taxpayer's wages, and it allowed a taxpayer to claim exemption from wage withholding upon meeting certain conditions.

6.     For the years 2015 through 2019, **RICHARD BOGGS** submitted and caused to be submitted, and maintained and caused to be maintained on file with his Employers, false Forms W-4, including, but not limited to, the following:

| Employer | Approximate Date False Form W-4 Initially Submitted | Years False Form W-4 Maintained with Employer |
| --- | --- | --- |
| Employer 1 | November 27, 2013 | 2015 – 2016 |
| Employer 2 | July 24, 2014 | 2015 – 2017 |
| Employer 3 | November 20, 2014 | 2015 |
| Employer 4 | January 28, 2015 | 2015 – 2016 |
| Employer 5 | June 13, 2016 | 2016 – 2017 |
| Employer 6 | November 17, 2016 | 2016 – 2019 |
| Employer 7 | May 14, 2018 | 2018 – 2019 |

7.     On these Forms W-4, **RICHARD BOGGS** falsely claimed that he was exempt from federal income tax withholding when, in fact, he was not entitled to claim exempt status. By claiming exempt status, **RICHARD BOGGS** caused his Employers to withhold little or no federal income taxes from his wages for the years 2015 through 2019. **RICHARD BOGGS** continued to submit and maintain false Forms W-4 after the IRS directed Employers to withhold taxes from his wages.

## COUNTS ONE THROUGH FIVE

### (Attempt to Evade or Defeat Tax)

8.  The allegations of paragraphs 1 through 7 are realleged and incorporated herein by reference.

9.  During the calendar years set forth below, **RICHARD BOGGS** received taxable income, upon which there was substantial income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before the dates set forth below, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, **RICHARD BOGGS** willfully attempted to evade and defeat income tax due and owing by him to the United States, for the calendar years set forth below, by, among other affirmative acts, submitting and causing to be submitted and maintaining and causing to be maintained on file with his Employers Forms W-4 on which he falsely claimed he was exempt from federal income tax withholding:

| COUNT | YEAR | RETURN DUE DATE |
|---|---|---|
| 1 | 2015 | April 18, 2016 |
| 2 | 2016 | April 18, 2017 |
| 3 | 2017 | April 17, 2018 |
| 4 | 2018 | April 15, 2019 |
| 5 | 2019 | July 15, 2020 |

All in violation of Title 26, United States Code, Section 7201.

A  *True*  BILL

[REDACTED]

COREY F. ELLIS
UNITED STATES ATTORNEY

By:
John C. Potterfield, ID No. 6472
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
Facsimile:   (803) 254-2943
Email:  john.potterfield@usdoj.gov