RECORD OF GRAND JURY BALLOT

C/R 3:22-22/

UNITED STATES OF AMERICA v. RICHARD BOGGS

(SEALED UNTIL FURTHER ORDER OF THE COURT)