Exhibit 3

:Notice:
:evidence:

# Declaration of Oath of Allegiance

**To all whom receive these presents:** The author, (i), is a native of the geographical land mass depicted on the modern maps as *South Carolina (circa March 26, 1776), The United States of America* (q.v.), **without** the areas of United States territory referred to as "State of South Carolina," United States, as the term "State" is consistently defined in:

1. Rules of Criminal Procedure, Rule 1(b)(9) "State" includes the District of Columbia, and any commonwealth, territory, or possession of the United States.

2. Rules of Civil Procedure, Rule 81(d)(2) "State" Defined. The term "state" includes, where appropriate, the District of Columbia and any United States commonwealth or territory.

3. 26 U.S. Code § 7701(10) State. The term "State" shall be construed to include the District of Columbia, where such construction is necessary to carry out provisions of this title.

4. American Bar Association Compendium of Professional Responsibility: Rules and Standards (2022), page 294 "Definitions" (5) "State" includes the District of Columbia, Puerto Rico, and other federal territories and possessions.

"but the term [State] is also used to express the idea of a people or political community, as distinguished from the government. In this sense, it is used in the clause which provides that the United States shall guarantee to every State in the Union a republican form of government and shall protect each of them against invasion."[1]

---

[1] For illustration purposes only: See Texas v. White, 74 U.S. 700, 700 (1868) (overruled on other grounds by Morgan v. United States, 113 U.S. 476 (1885)).

As a native of the geographical land mass depicted on the modern maps as *South Carolina (circa March 26, 1776)*, *The United States of America* (q.v.), the author, (i), declares oath of allegiance to the Almighty Creator, His people, Land, and His government in and of *South Carolina*, a state united in the Articles of Confederation (one of the four organic laws of *The United States of America*):

> **Articles of Confederation (1777), Article I, 1 Stat. 4.** "The Stile [sic] of this confederacy shall be, 'The United States of America' "; Article XIII. "And the articles of this confederation shall be inviolably observed by every State, and the Union shall be perpetual; . . ."
>
> **Northwest Ordinance (1787), Section 4, Article XIV, 1 Stat. 51.** "The said territory, and the States which may be formed therein, shall forever remain part of this Confederacy of the United States of America, subject to the Articles of Confederation, and to such alterations therein as shall be constitutionally made; and to all the acts and ordinances of the United States in Congress assembled, conformable thereto."

The author, (i), herewith makes record of his coming of age and of his repudiation, rejection and renouncing of the "person of the [child]" Richard Edward Boggs, SS # 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, date of birth May 7, 1957, on file with South Carolina Department of Vital Statistics, File No. 139-57-019393.

The author, (i), elects to be a *South Carolinian*, i.e., *South Carolina* native living, dwelling, while not residing, on *South Carolina* soil, without any intent or lawful consent to become U.S. citizens or engage in 26 U.S. Code § 7701(26) "Trade or business;" the term "trade

or business" includes the performance of the functions of a public office, with the United States or of any "State" thereof.

The author, (i), wishes to accept the grant of hospitality[2] extended by *The United States of America* and *South Carolina* with adoption, as his own, to the exclusion of all others, of the person of Richard Edward Boggs, SS # 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, date of birth May 7, 1957, on file with South Carolina Department of Vital Statistics, File No. 139-57-019393.

To secure this adoption[3] and innocent passage[4] for the person and property of Richard Edward Boggs; to insure public order and safety[5] and provide for the common defense and welfare[6], the author, (i), does herewith make record of his surrender of his adverse claim in the person and property of Richard Edward Boggs to "State of South Carolina," to and for the account of *South Carolina*, in usufruct, with any interests in reversion assigned to United States, to and for the account of *The United States of America*, until death do us part and let no man tear asunder.

The author, (i), declares under the penalty of perjury under the Laws of the United States of America to be true, complete, and correct. Executed on April 12, 2023, A.D.

by: (i);  *[signature]*
author
(Richard Edward Boggs)

---

2   For illustration purposes only: see Law of Nations, Book 2, Articles 104-105
3   For illustration purposes only: see ibid., Book 1, Article 196
4   For illustration purposes only: see ibid, Book 2, Articles 132-133
5   For illustration purposes only: see Hague IV, Art. 43 (1907)
6   For illustration purposes only: see Law of Nations, Book 1, Article 192; Constitution of the United States of America (1789), Art. 1, Sec. 8, Cl. 1

Declaration of Oath of Allegiance                                                                 3

The above affirmation was subscribed and duly sworn to before me this  12  day of  April  2023, by Richard Edward Boggs.

I,  Christopher Anderson , am a Notary under license from the State of South Carolina whose commission expires on  06/08/2031 , and be it known by my hand and my Seal as follows:

*Christopher Anderson*

Notary signature

Christopher Anderson
Notary Public for South Carolina
Commission Expires: 06/08/2031

Declaration of Oath of Allegiance                                                                 4