Exhibit 4



# NOTICE

I come in peace as a Citizen of the republic of the United States of America and not as a UNITED STATES "citizen".

Per the Constitution, the Supreme Law of the Land:

Article 6, clause 2 and 3
Article 1, section 8, clause 17
Article 4, section 4
Article 2, section 4
Article 3, Section 2, Clause 3

You are to protect me in my common law capacity.

I declare pursuant to the laws of the United States of America that the foregoing is true and correct. Executed without the UNITED STATES.

Date: 21 April, 2023
By: *[signature]*

Richard Edward Boggs

### Article 6, clause 2 and 3
This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

### Article 1, section 8, clause 17
To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings;

### Article 4, section 4
The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened), against domestic Violence.

### Article 2, section 4
The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

### Article 3, Section 2, Clause 3
The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

**SOURCE:**

https://www.heritage.org/constitution/#!/articles/5/amendment