Richard Boggs 93353509
FCI 501 Gary Hill Rd
Edgefield, SC 29824.

2023 SEP -7 PM 3:57

# UNITED STATES DISTRICT COURT DISTRICT OF SOUTH CAROLINA AT COLUMBIA

Richard Boggs
Plaintiff,

Motion For Relief From
The Judgement

v.

UNITED STATES,
Defendant

Criminal No. No. 3:22-221

## MOTION FOR RELIEF FROM THE JUDGMENT

I, Richard Boggs the aggrieved man having self-reported to the FCI Edgefield SCP facility under threat, duress, and coercion, and only because of fraud by the men and women acting as officers of the court when ignoring the jurisdiction challenge. This motion for relief from the judgment is a request that the woman acting as judge to correct the judgment being the result of fraud, misrepresentation, and misconduct by the man acting as prosecuting attorney as stated herein. Specifically, this motion is to vacate for lack jurisdiction and for Boggs immediate release. This motion is filed pursuant to your 28 U.S. Code § 1333. Due to an incredible discovery of very damning information it shows that there was actually no probable cause for the complaint, indictment, judgement, conviction and sentencing. Those court papers he previously acted upon took place only because of Boggs' ignorance and consent to the color of law process, but he no longer consents to those court papers filed against the straw man. Boggs the man, now understands that the color of law charge of "Attempt to Evade or Defeat Tax" charge must have his consent without fraud being a factor, because it is not actual law against him as he thought. He is not a party (aka straw man), he was and is a man being forced into the title of 'plaintiff', for this color of law process. Therefore, he is not subject to the personal jurisdiction of this Court as a man.

> STRAW MAN (OR PARTY): A "front"; a third party who is put up in name only to take part in a transaction. -Black Law 6th Edition. [Emphasis Added].
>
> The word "person" in legal terminology is perceived as a general word which normally includes in its scope a variety of entities **other than men and women**. See e. g. 1 U. S. C. sec 1. Church of Scientology v. U. S. Dept. of Justice (1979) 612 F. 2d 417, 425. [Emphasis added].

Due to the women acting as Judge not performing her judicial function of directing the man acting as prosecuting attorney to answer the jurisdiction question in the previous hearings, it shows she was impartial, giving rise to violation of due process rights constituting fraud on the court. This case demonstrates the very good reasons why this motion for relief from the judgement and his immediate release should be granted. The man Boggs prevails by the clear and convincing evidence stated herein, and all doubts are resolved in favor of Boggs the man. It is beyond question that a federal court may investigate a question as to whether there was fraud in the procurement of a judgment. See the case law that governs you: Universal Oil Products Co. v. Root Refining Co., 328 U.S. 575, 66 S.Ct. 1176, 90 L.Ed. 1447.

> It is thus fraud where the court or a member is corrupted or influenced or influence is attempted or where the **judge has not performed his judicial function** — thus where the impartial functions of the court have been directly corrupted. [Emphasis Added]. Bulloch v. United States 763 F.2d 1115 (10th Cir. 1985)
>
> "Fraud upon the court" has been defined by the 7th Circuit Court of Appeals to "embrace that species of fraud which does, or attempts to, defile the court itself, **or is a fraud perpetrated by officers of the court** so that the judicial machinery cannot perform in the usual manner its impartial task of adjudging cases that are presented for adjudication." Kenner v. C.I.R., 387 F.3d 689 (1968).

Due to the Bill of Rights such impartiality and fraud is not permitted and as such this court has lost immunity and any preconceived jurisdiction. There was no jurisdiction of any kind for this court from the commencement of the action and his consent which permitted his incarceration, has now been withdraw by him and due to that withdrawal the incarceration is now in fact a False Incarceration and is a trespass on his rights and his body as of the filing date of this motion.

> TRESPASS. An unlawful interference with one's person, property, or rights. At common law, trespass was a form of action brought to recover damages for any injury to one's person or property or relationship with another. **Doing of unlawful act or of lawful act in unlawful manner to injury of another's person or property.** Waco Cotton Oil Mill of Waco v. Walker, Tex. Civ. App., 103 S.W.2d 1071, 1072. Black's Law Dictionary 6th Edition. [Emphasis Added].

### Prefatory Statement

In every criminal conviction the man or woman prosector is required to prove two things beyond reasonable doubt: first, the fact of the commission of the crime charged or the presence of all elements of the offense and secondly, the fact the man or woman accursed was the perpetrator of the crime. This motion for relief from the judgement is his second challenge to jurisdiction because the women acting as Judge for the United States District Court District of South Carolina at Columbia United States ignored the previous challenged to federal jurisdiction. And because the United States Court Of Appeals For The Fourth Circuit, No. 23-4445 (3:22- cr-00221-CMC-1) is taking too long to rule on the Appellant's Opening Informal Brief, Boggs withdraws it. therefore there was no assertion of jurisdiction. Due to the new very strong exculpatory information shows in fact those papers filed and issued contain against Boggs were false facts. Even if the indictment papers did not contain false facts there were no legal basis for it to be filed due to there being no jurisdiction of any kind. Those facts and

the facts stated below prove the complaint, indictment, judgement and sentencing was fraud which induced Boggs' consent. The man Boggs withdraws his consent to the entire case brought against him.

> FALSE FACT: In the law of evidence. A feigned, simulated, or fabricated fact; **a fact not founded in truth**, but existing only in assertion; the deceitful semblance of a fact. Black's Law Dictionary 4th Edition. [Emphasis Added].

### No Waiver of His Rights

The Aggrieved man Boggs never waived or surrendered his Rights voluntarily, with knowingly intelligent acts nor was it done with sufficient awareness of the relevant circumstances and consequences; which are guaranteed protected and secured by Bill of Rights, including his free exercise of those Rights. Boggs the man hereby moves for the case to be vacated for the following reasons; this case must be vacated:

> See: Brady v. U.S., 397 U.S., 742 at 748. "Waivers of Constitutional Rights must not only be done voluntarily, they must be knowingly intelligent acts done with sufficient awareness of the relevant circumstances and consequences." **Further, the exercise of a Right cannot be converted into a crime.** See: Miller v. U.S., 230 F, 2d 286, 489.

1. The aggrieved man Boggs hereby motions the court to vacate for failure to established and prove territorial jurisdiction or any jurisdiction exist in his previous Motion to Stay.

> "The law provides that once State and Federal Jurisdiction has been challenged, it must be proven." Main v. Thiboutot, 100 S. Ct. 2502 (1980).

> "There is no discretion to ignore lack of jurisdiction." Joyce v. U.S. 474 2D 215.

> "Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Latana v. Hopper, 102 F. 2d 188; Chicago v. New York, 37 F Supp. 150.

### No State can confer Jurisdiction upon its courts to proceed in rem

2. The Indictment was without jurisdiction over Boggs due to Congress. The aggrieved man Boggs hereby motion the court to vacate for lack of jurisdiction at hearing. According to your case law that renders any court orders *void ab initio* and of no legal force or effect.

> The right to proceed in rem is the distinctive remedy of the admiralty and hence administered exclusively by the United States courts in admiralty: **no State can confer jurisdiction upon its courts to proceed in rem, nor could Congress** give such power to a State, since it would be contrary to the constitutional grant of such power to the Federal Government*. The saving clause of the Judiciary Act and of the Judicial Code does not contemplate admiralty in a common law court." 1 Benedict on Admiralty (6th ed.) 38, Section 23. [Emphasis Added].

> "A court **cannot confer jurisdiction where none existed** and cannot make a void proceeding valid. Old Wayne Mut. L. Assoc. V. McDonough, 204 U. S. 8, 27 S. Ct. 236 (1907). [Emphasis added].

> Next to revenue (taxes) itself, the late extensions of the jurisdiction of the admiralty are our greatest grievance. The American Courts of Admiralty seem to be forming by degrees into a system that is to overturn our Constitution and **to deprive us of our best inheritance, the laws of the land**. It would be thought in England a dangerous innovation if the trial, of any matter on land was given to the admiralty" Jackson v. Magnolia, 20 How. 296 315, 342 (U.S. 1852)

### Consent was obtained by Fraud

3. Even if there was jurisdiction false information was used to constructed the "color of law" complaint to give the appearance the men and women of court had jurisdiction over the Man Boggs. Boggs no longer consent to complaint, indictment, judgement and sentencing for lack of jurisdiction. The men and women of the court needs Boggs' consent to move if there is no jurisdiction, he withdraw his consent to this action and if denied it is a further trespass on his rights.

> AUTHORITY: Permission. People v. Howard, 31 Cal. App. 358, 160 P. 697, 701...Power of agent to affect legal relations of principal by acts done in accordance with **principal's manifestations of consent to agent.** In re Fitzpatrick's Estate, Sur., 17 N.Y.S.2d 280, 288. Black Law Dictionary 4th Edition. [Emphasis Added].

> Simply stated, consent cannot be forced, because if your agreement has been obtained by coercion, then it was not given of your own free will, but extorted; the exact opposite of consent. Not to mention, the antithesis of freedom. More notably, **your consent cannot have been obtained by fraud either**, because if your consent has only been obtained by outright deception or surreptitious means then common sense, not to mention the Law, says that you have not truly consented at all. Why? Because, you really did not know to what you had agreed. --Brian Kilcullen. Enemies in War [Emphasis Added].

### No Statutory Authority to enforce the Federal Income tax

4. Even if there was jurisdiction, there was no statutory authority to enforce the federal income tax laws. The complaint, and indictment was color of law, which enables the men and women of the court to enforce the federal income tax laws even though no law exist. And to be incarcerated on a non-existing law is a trespass on Boggs' rights.

> Since the Commissioner **has no statutory authority to enforce the federal income tax laws** under the 1954 and 1986 Internal Revenue Codes. Our task of locating these and his delegation orders was made more difficult by Treasury's unilateral decision in 1948 to cease codification of these important rules as the result of its meritless construction of the 1948 Federal Register regulations.

> "[A]n administrative agency **may not create a criminal offense or any liability not sanctioned by the lawmaking authority**, especially a liability for a tax or inspection fee." See Commissioner of Internal Revenue v. Acker, 361 U.S. 87, 4 L. Ed. 2d 127, 80 S. Ct. 144 (1959), and Independent Petroleum Corp. v. Fly, 141 F.2d 189 (5th Cir. 1944) as cited at 2 Am Jur 2d, p. 129, footnote 2 (1962 edition) [bold emphasis added]. However, this cite from American Jurisprudence has been removed from the 1994 edition of that legal encyclopedia, without a doubt to further the deception.

### Indictment papers are Insufficient due to Deception

5. Even if there was jurisdiction the indictment papers are insufficient due to deception. The woman acting as judge and the men or women acting as prosecutors used a fictitious name for Richard Boggs the man which is fraud on the man and on the court. The fictitious person, RICHARD BOGGS is a the conduit to the man Boggs displayed on legal documents in an all-UPPERCASE name for their

supposed jurisdiction which Boggs no longer consents to. This break down of the sections of the Indictment papers proves it is full with fraud and since fraud vitiates every element of the their legal process, this case must be vacated.

> The juristic or commercial name, trade name, is predicated on maritime causes, i.e., private international law of the private courts (see 19 USC § 1526 & 1595a), usage of civil law is really admiralty law therefore the court actors must have the **individual's consent for its jurisdiction**. Also see. see 15 USC § 1127, Sec. 1127. [Emphasis Added].

Number 1: Defendant RICHARD BOGGS resided in Richland County, South Carolina.
That's a falsehood, Richard Boggs the man lives in the area called Richland County, South Carolina.

Number 2: RICHARD BOGGS was employed as an Information Technology.
That's a falsehood, the man Richard Boggs made a living in Information Technology.

Number 3: "During each of the years 2015 through 2019, RICHARD BOGGS received wages from one or more Employers. Specifically, RICHARD BOGGS received wages in the following approximate amounts..." That's a falsehood, the man Boggs received wages from one or more business owners which said approximate amounts are not taxable.

Those statements in the indictment paper were material misrepresentation to deceive Richard Boggs to make him think wages are taxable when they are not.

> Wynhamer v. People, 13 NY 378: "The sole purpose of government is the protection of private rights". Numerous judges in landmark cases have stated that **"Salaries, wages and compensation for services are not taxable income".** The IRS says that wages are taxable, but Sec. 22(a)(l) of the Revenue Act and Sec. 6l(a) says "Income derived FROM wages is taxable". Wages are NOT taxable while income derived FROM wages is taxable. Income is profit, gain or dividends from investment or business, but not wages, salary or other compensation for services. [Emphasis added].

Number 4 of the indictment: RICHARD BOGGS failed to file individual income tax returns for the years 2015 through 2019 to report his wages and other income to the Internal Revenue Service ("IRS"). That's a falsehood, the man Boggs did not failed to file individual income tax returns for said years because filing individual income tax returns is voluntary, because that is no mandatory payment requirement law.

> In IRS v. Joseph Banister, the case of Mr. Banister a former IRS Criminal Investigative Division (CID) Special Agent was on trial and the main thing that got him off was his former supervisor, Robert Gorini from the IRS's San Jose CID office, who when pointedly asked was there any mandatory requirement payment law, **he was unable to cite any U.S. law that explicitly required Banister to pay income taxes**.

> "If it is law, it will be found in the books; if it is not to be found there, it is not law."
> Boyd v. U.S., 116 U. S. 616.

Number 5 of the indictment was a falsehood. Before Boggs changed his status and condition to non-taxpayer, he had the legal right to fill out the Forms W-4 to decrease the taxes.

> The legal right of a taxpayer **to decrease** the amount of what otherwise would be his taxes, or altogether avoid them, by means which the law permits, cannot be doubted. Gregory v. Helvering, 293 U.S. 465 (1935). [Emphasis Added].

Number 6 of the indictment was a fraudulent statement because it's referring to fictitious person, by the name of RICHARD BOGGS, a government created conduit to deceive men and women into believing that the men and woman of the government have some sought of authority over them. Boggs made a mistake when consenting to fill out those previous tax forms which trapped him.

> Consent in law is more than mere formal act of the mind. It is an act unclouded by fraud, duress, or sometimes even mistake." Butler v. Collins, 12 Calif., 157. 463."

Number 7 of the indictment: Since Boggs was deceived into authorizes a payroll officer to withhold taxes by completing Form W-4, the payroll officer (aka employer) then becomes a withholding agent who is legally and specifically liable for payment of all taxes withheld from that worker's paycheck. Until such time as those taxes is paid in full into the Treasury of the United States, the withholding agent is the only person who is legally liable for those taxes, not the worker (Boggs). See IRC section 7809 ("Treasury of the United States"). After being deceived Boggs realized that he had the legal right to altogether avoid the taxes he thought he owed.

> The legal right of a taxpayer to decrease the amount of what otherwise would be his taxes, **or altogether avoid them**, by means which the law permits, cannot be doubted. Gregory v. Helvering, 293 U.S. 465 (1935). [Emphasis Added].

These facts proves the commission of the alleged crime charged was based upon fraud and all elements of the offense has been thorough refuted showing the man Boggs was not the perpetrator of the alleged crime.

### The Indictment was not Sufficient to set forth the Offense in the words of the Statute

6. Your Title 26, United States Code ("U.S.C."), was never been enacted into positive law. Therefore, Title 1, U.S.C., and Internal Revenue Code ("IRC") section 7851(a)(6)(A) both control; specifically, the provisions of subtitle F have never taken effect. Subtitle F contains all the enforcement provisions of the IRC including, but not limited to, the grant of original Memo of P & A on Voluntary Nature of Federal Income Taxes: Page 2 of 13 jurisdiction to enforce United States (federal government) internal revenue laws. See 26 U.S.C. 7402 [sic]. There are no regulations for this statute either, thus limiting its application to federal officers, employees, and contract agents of the United States (federal government), pursuant to 44 U.S.C. 1505(a). Title 44, U.S.C., has been enacted into positive law therefore, it was insufficient or invalid to set forth the offense in the words of the statute. The facts necessary to bring the case within the statutory definition was never alleged against Richard Boggs the man, only false facts were alleged to deceive him and for this reason he no longer consents to this incarceration. See the case law that governs you, below.

> No indictment is sufficient if it does not allege all of the ingredients that constitute the crime. Where the language of a statute is, according to the natural import of the words,

fully descriptive of the offense, it is sufficient if the indictment follows the statutory phraseology, but where the elements of the crime have to be ascertained by reference to the common law or to other statutes, **it is not sufficient to set forth the offense in the words of the statute.** The facts necessary to bring the case within the statutory definition must also be alleged. Potter v. United States, 155 U.S. 438, 444 (1894). United States v. Carll, 105 U.S. 611 (1882).

### Salaries, Wages and Compensation for Personal Services are to be Taxed

7. Even if there was jurisdiction the claim that salaries, wages and compensation for personal services are to be taxed is without support either in the language of the act or in the decisions of the courts, it is not salaries, wages or compensation for personal services that are to be included in gross income. The statements in the indictment were false because filing individual income tax returns are not mandatory, its voluntary. It is voluntary for two reason, 1. there is no law for a mandatory income tax payment and 2. Congress only authorized an excise tax, not a direct tax on so-called income, which is why wages are not taxable. So Boggs the man wasn't guilty of "Attempt to Evade or Defeat Tax" charge. The degree of proof which will produce in the mind of a jury a firm belief for conviction does not exist in this case.

> "The claim that salaries, wages and compensation for personal services are to be taxed…**is without support either in the language of the act** or in the decisions of the courts…it is not salaries, wages or compensation for personal services that are to be included in gross income." Lucas v. Earl, 281 US 111. [Emphasis added].

HALE v. HENKEL 201 U.S. 43 at 89 (1906) confirms Boggs as a man owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, even though he made that mistake. He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property. "His rights" are such as "existed" by God and the Law of the Land (the Bill of Rights). He owes nothing to the public so long as he does not trespass upon their rights and did not trespass on any man or woman property or rights. The facts put forth herein underlined the ultimate issue which is whether the men and woman court officers abide by Boggs's right to be let alone or will they use the limited power of the court to enforce their personal position on the man Boggs, illegal and unlawful through operation of the criminal law.

> They sought to protect Americans in their beliefs, their thoughts, their emotions and their sensations. They conferred, as against the government, **the right to be let alone-the most comprehensive of rights and the right most valued by civilized men**. To protect, that right, every unjustifiable intrusion by the government upon the privacy of the individual, whatever the means employed, must be deemed a violation of the Fourth Amendment. And the use, as evidence in a criminal proceeding, of facts ascertained by such intrusion must be deemed a violation of the Fifth. OLMSTEAD et al. v. UNITED STATES. GREEN et al. v. SAME McINNIS v. SAME. 277 U.S. 438 48 S.Ct. 564 72 L.Ed. 944. [Emphasis added].

### The Prosecutor did not abide by their Brady Rule

8. Even if there was jurisdiction the prosecutor did not abide by their Brady rule where the prosecution has a constitutional duty of due process to disclose material exculpatory information (see below) and evidence the prosecutor is required to disclose under this rule, includes any information favorable to the Boggs which would allow a Grand Jury to not indict. It was very important that the prosecutor read

case law that contain the real facts and not false facts case law because it would have prevented them from commenting a sham prosecution which is not apart of due course of law.

> U.S. V. LLOYD R. LONG #CR-1-93-91. The verdict came on October 15th, 1993. A Chattanooga Tennessee jury agreed with the argument by Long that the income tax is actually an excise tax and only applies to certain classes of people. They came back with a **not guilty verdict**.
>
> JACK COLE COMPANY V. ALFRED T. MACFARLAND, COMMISSIONER, 206 Tenn. 694, 337 S.W.2d 453 (June 6, 1960), in the Supreme Court of Tennessee, at Nashville. Here, the court ruled that since the right to receive income or earnings is a right belonging to every person, this **right cannot be taxed** as privilege.
>
> ECONOMY PLUMBING & HEATING v. U.S. 470 F.2d 585, at 589 (1972), and Long v. Rasmussen, 281 F 236, 238 (1922): "The revenue laws are a code or system in relation of tax assessments and collection. They relate to taxpayers and **not to non-taxpayers**.
>
> IRS v. JOSEPH BANISTER. Sacramento California. Joseph Banister a former IRS Criminal Investigative Division (CID) Special Agent and prominent IRS whistleblower was acquitted by a federal jury. They found the CPA Joseph Banister **not guilty** of all counts alleging criminal tax fraud and conspiracy related to actions he took on behalf of a California business owner who came to know that withholding was fraudulent and decided to stop all income and employment taxes from the paychecks of his workers. During the trial, Banister's former supervisor at IRS's San Jose CID office, Robert Gorini who when pointedly asked, was unable to cite any U.S. law that explicitly required Banister to pay income taxes, **was unable to cite any U.S. law** that required Banister to pay income taxes.

There was no felony and no commission of a crime leading to any cause of action against the man Boggs and any further harassment and or enforcement to obtain his signature under threat, duress and coercion for any tax returns past or present, which would be an attempt to force him to give up his new status and condition of non-taxpayer is trespass on his rights.

### There is no Jurisdiction of any Kind

9. The law that governs you provides that once state and federal jurisdiction has been challenged the men or women acting as prosecutor must prove jurisdiction exist and they were silent on that point when the Motion To Stay was filed. The strongest proof of no actual jurisdiction is found in UNITED STATES OF AMERICA v. JOHN PARKS TROWBRIDGE, JR., et al, a case in United States District Court, Eastern District of Texas, Lufkin Division, CIVIL ACTION NO.: 9: 14-CV-138, September 14, 2015. Petitioner filed in that United States District Court civil proceeding regarding a debt in Tyler County. John Parks Trowbridge, Jr. ("Defendant"), specially and not generally, object to denial of due process of law and demand disclosure of the constitutional authority that gives the Court the capacity to take jurisdiction and enter judgments, orders, and decrees in favor of the United States arising from a civil proceeding regarding a debt, in Tyler County, (the "Objection and Demand"). The fictional Plaintiff (United States) had 14 days to respond, but went silent and failed to respond to a challenge of jurisdiction like what happened in Boggs' case when he raise the lake of territorial jurisdiction. Since the challenge of jurisdiction in United States of America a. John Parks Trowbridge, Jr., et al applies to Petitioners, Plaintiffs and Defendants then it absolutely applies to the man Boggs.

> McNutt v. GMAC, 298 US 178. Jurisdiction, once challenged, is to be proven, not by the court, but by the party attempting to assert jurisdiction. **The burden of proof of jurisdiction lies with the asserter.** The court is only to rule on the sufficiency of the proof tendered. [Emphasis added].

## Conclusion

In an honest review of this second challenge to jurisdiction the sufficiency of the evidence to support a conviction, and with an honest consideration of the evidence in the most favorable light of the conviction, to determine whether any rational trier of the facts could have found the essential elements for an "Attempt to Evade or Defeat Tax" conviction is not beyond a reasonable doubt due to fraud. According to your case law, Lee v. United States (Jan. 5, 1995) and your Rule 60 provides relief from judgments or orders and stipulates that the rule "does not limit a court's power to set aside a judgment for fraud on the court. And since the prosecutor put fraud on the court by using a juristic, commercial name, or trade name, (predicated on maritime causes) as a conduit to the man Boggs and ignoring his previous challenge to territorial jurisdiction which Boggs now knows does not exist at all; it is clear act of fraud on the court or by the court because the IRS had no jurisdiction and the men and woman of the court had no jurisdiction, the man Boggs is entitled to be released. Since Boggs has proved all set of facts in support of his claim of no existing jurisdiction. The complaint was without merit, the indictment was fraud on the court and the conviction was a wrongful conviction, rendering the case a sham prosecution. The evidence against Boggs was not only insufficient to support the judgment rendering the case void, with no legal force or effect. Additional, "fraud upon the court" makes void the orders and judgments of your court, and since fraud vitiates even judgment, the conviction should be vacated and his sentence should be commuted. Essentially the man Boggs has now proven by clear and convincing evidence the men and woman of the UNITED STATES government corporations action failed due to no jurisdiction of any kind, with no legal authority, a judge holding to her oath in honesty would grant the motion for Boggs' immediate release.

> Acts of fraud taint/void everything it touches as the US Supreme Court has declared: "There is no question of the general doctrine that **fraud vitiates the most solemn** contracts, **documents**, and even judgments." United States v. Throckmorton, 98 U.S. 61. [Emphasis Added].

**WHEREFORE,** for the foregoing valid, truthful, and lawfully based reasons stated herein the man Boggs, moves this court to vacate this case because he has provided clear and convincing evidence of no existing jurisdiction. The man acting as Assistant U.S. Attorney, now knows his case is without merit and fulled with fraud, because the absent of jurisdiction, the men and women officers of court lack lawful authority to maintain Boggs' incarceration and must proceed in this instant to respect and uphold Boggs' due process rights and vacated this case. We demand in the interest of natural justice and to preclude any further injury to the man Boggs this motion be granted and the man Boggs be released within 14 days of receipt of this writ. On day 15 if the release papers have not been signed by Mary Geiger Lewis, the woman acting as the presiding Judge this matter will be deemed a trespass and a continue false imprisonment of the man Richard Boggs, makes Mary Geiger Lewis a woman without immunity.

Yates v. Village of Hoffman Estates, Ill, 209 F. Supp. 757 (N.D. Ill. 1962) held that "not every action by a judge is in exercise of his judicial function....", **"When a judge acts as a trespasser of the law, when a judge does not follow the law**, the judge loses subject-matter jurisdiction and the judges' orders are void, of no legal force or effect. [Emphasis added].

## CERTIFICATE OF SERVICE

Case No.:Criminal No. No. 3:22-221

I, the man Christopher Chapman acting as Power of Attorney for Richard Boggs. I live in the area called Brevard County, Florida. I served a copy of the Motion For Relief From The Judgement and a Pro Se Standard Review in this action, by certified mail to the office of the clerk of the United States District Court District of South Carolina at Columbia United States and to Assistant U.S. Attorney, John C. Potter-field, ID No. 6472, last known address, 1441 Main Street, Suite 500, Suite 500, Columbia, South Carolina 29201. I declare under penalty of perjury under the laws of the United States of America that the foregoing is believe to be true and correct to the best of my knowledge. Executed on date:

_9-5-23_

Christopher Chapman
_____
Signature of the POA

Christopher Chapman
c/o 1659 Privateer Drive
Titusville, Florida [32796]