

# PRIORITY® MAIL

2023 SEP -7 PM 3:55

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

EXPECTED DELIVERY DAY: 09/07/23

USPS TRACKING® #





USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE®    29201    **$9.65**

RDC 01    0 Lb 4.20 Oz    R2305H126539-05

FROM:

Richard Boggs
c/o POA, Chris Chapman
1659 Privateer Drive
Titusville, Florida 32796

TO:

Robin L. Blume, Clerk of Court
c/o Matthew J. Perry Jr. Courthouse
901 Richland St.
Columbia, South Carolina 29201






**TRACKED***
★ ★ ★
**INSURED***
★



# PRIORITY® MAIL

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE