IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO. 3:22-221 |
| | ) | |
| v. | ) | |
| | ) | **RESPONSE TO MOTION FOR** |
| **RICHARD BOGGS** | ) | **SENTENCE REDUCTION PURSUANT** |
| | ) | **TO RETROACTIVE GUIDELINE** |
| | ) | |

Defendant Richard Boggs has filed a motion for a reduction in his sentence pursuant to Amendment 821, Part B. Because Mr. Boggs has filed a notice of intent to appeal, this Court is currently without jurisdiction to consider his motion; Boggs therefore requests that this Court issue an indicative ruling on his motion.

The government, having reviewed the Presentence Report, the Sentence Reduction Report, and the disciplinary report from the Bureau of Prisons, advises this Court that it agrees that Boggs is eligible for a sentence reduction and that it would not oppose a reduction that would result in a sentence of 21 months.

Respectfully submitted,

*s/* Jane B. Taylor
Jane B. Taylor  (#  6305)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
Email: jane.taylor@usdoj.gov

January 9, 2024

Columbia, South Carolina